MILTON H. ANSORGE et al., Appellants, *v.* FINANCE AND ADVANCING CORPORATION, Respondent.

(Argued October 3, 1929; decided October 22, 1929.)

*Hugo Hirsh* and *Leon Sacks* for appellants.

*Irving Mariash* and *Samuel Meyers* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.